# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:19-cv-00349-MR

| | | |
|---|---|---|
| JOHN ANTHONY BARREIRO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NORTH CAROLINA ATTORNEY | ) | |
| GENERAL, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Respondents' Motion to Dismiss [Doc. 4].

On June 8, 2020, the Court entered an Order addressing the Respondents' Motion to Dismiss.  In that Order, the Court noted that the judicial records submitted by the Respondents in support of their motion suggested that the Petitioner's sole claim for relief is now moot.  The Court therefore gave the Petitioner fourteen days to show cause why this matter should not be dismissed as moot.  [Doc. 7].  The Petitioner was specifically warned that failure to respond within the time required would result in the dismissal of this action without prejudice.  [Id.].

More than fourteen days have now passed, and the Petitioner has not filed a response. For the reasons stated in the Court's Order [Doc. 7], the Court finds and concludes that the Petitioner's sole claim for relief has been rendered moot and that this action should be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that the Respondents' Motion to Dismiss [Doc. 4] is **GRANTED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to close this civil action.

**IT IS SO ORDERED.**

Signed: June 27, 2020

Martin Reidinger
Chief United States District Judge