# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **John Anthony Barreiro,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:19-cv-00349-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **State of North Carolina** | ) | |
| **Superior Court of Cherokee County** | ) | |
| **North Carolina Attorney General** | ) | |
| **Ashley Welch** | ) | |
| **Cherokee County,** | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2020 Order.

June 29, 2020

Frank G. Johns, Clerk
United States District Court